UHRICH et al. v. VAN KANNEL REVOLVING DOOR CO. (Circuit Court of Appeals, Eighth Circuit. April 23, 1917.) No. 4809. Appeal from the District Court of the United States for the District of Kansas. Helm & Helm, of Louisville, Ky., for appellants. Titian W. Johnson, of Washington, D. C., for appellee.

PER CURIAM. Appeal dismissed, without prejudice, at costs of appellants, on motion of appellants.

UNITED STATES v. LOHN. (Circuit Court of Appeals, Eighth Circuit. April 30, 1917.) No. 4614. Appeal from the District Court of the United States for the District of Minnesota. Alfred Jaques, U. S. Atty., of Duluth, Minn. R. J. Powell, of Minneapolis, Minn., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

UNITED STATES v. MISSOURI & IOWA INV. CO. (Circuit Court of Appeals, Eighth Circuit. April 30, 1917.) No. 4615. Appeal from the District Court of the United States for the District of Minnesota. Alfred Jaques, U. S. Atty., of Duluth, Minn. R. J. Powell, of Minneapolis, Minn., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

UNITED STATES FIDELITY & GUARANTY CO. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 4, 1916.) No. 4769. Appeal from the District Court of the United States for the District of New Mexico. Catron & Catron, of Santa Fé, N. M., for plaintiff in error. S. Burkhart, U. S. Atty., of Albuquerque, N. M.

PER CURIAM. Cause docketed, and writ of error dismissed, without costs to either party in this court, per stipulation.

WILEY v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 18, 1917.) No. 4971. In Error to the District Court of the United States for the Western District of Oklahoma. John A. Fain, U. S. Atty., of Lawton, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error and consent of plaintiff in error.

WOLF BROS. & CO. v. HAMILTON BROWN SHOE CO. (Circuit Court of Appeals, Eighth Circuit. September 12, 1916.) No. 4743. Appeal from the District Court of the United States for the Eastern District of Missouri. Lawrence Maxwell and S. M. Johnson, both of Cincinnati, Ohio, and Percy Werner, of St. Louis, Mo., for appellant. Luke E. Hart and Henry S. Priest, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

ZARAFONITIS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. October 4, 1917.) No. 3114. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. Ralph Davis, of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis, Tenn. Dismissed pursuant to motion.